IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LION GATE GAS SERVICES, INC., §<br>*Plaintiff* §<br>§<br>§<br>V. §<br>§<br>ATAIN SPECIALTY INSURANCE §<br>COMPANY, §<br>*Defendant* § | Civil Action No. 3:19-cv-00159 |

## NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COMES NOW Atain Specialty Insurance Company, and files its Notice of Removal and would respectfully show unto the Court as follows:

## PROCEDURAL HISTORY

1. Plaintiff filed suit in Cause No. 2018DCV4138, in the 210th Judicial District Court of El Paso County, Texas on or around November 2, 2018; however, Plaintiff never served Defendant and the court dismissed the case on or around March 6, 2019 following Plaintiff's failure to appear.  Defendant was thereafter served on May 14, 2019, with Plaintiff's Petition and Atain filed a timely answer on June 7, 2019.

2. Defendant has filed this Notice of Removal within the time period required by 28 U.S.C. § 1446(b).

## NATURE OF THE SUIT

3. Plaintiff alleges that its building sustained damages as a result of hail that occurred in El Paso County, Texas, on or about November 4, 2016.

4. At the time of the subject incident according to Plaintiff's Original Petition, Plaintiff's building is/was located at 1130 Joe Battle, El Paso, Texas 79936.

5. Defendant Atain is an insurance company incorporated under the laws of the State of Michigan and whose principal office is in the State of Michigan.

## BASIS FOR REMOVAL

6. Removal is proper because there is complete diversity of citizenship between Plaintiff and Defendant. Plaintiff is a Texas Corporation located and doing business in Texas. Defendant Atain is an insurance company incorporated under the laws of the State of Michigan and whose principal office is in the State of Michigan.

7. The amount in controversy exceeds $75,000.00, exclusive of interests, costs, and attorneys' fees.

## VENUE AND JURISDICTION

8. Venue for this removal is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

9. This Court has jurisdiction of this action by virtue of the provisions of 28 U.S.C. § 1332 in that this is a case of diversity of citizenship between the parties with the amount in controversy exceeding $75,000.00, exclusive of interest and costs.

## DEFENDANT'S NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

10. Atain has attached to this notice all process, pleadings and orders filed in the state court action as required by 28 U.S.C. §1446(a). (See Exhibit A, Index of Matters Being Filed.)

## JURY DEMAND

11.     Defendant made a demand for a jury trial in State District Court and tendered the jury fee.

## NOTICE TO STATE COURT

12.     Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State Court in which this action is pending.

Respectfully submitted,

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Bldg. 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 (Facsimile)

By: */s/ Celeste Kronenberger*
Lynn S. Castagna
State Bar No. 03980520
Federal ID No. 21871
Lynn@texasdefense.com
Celeste P. Kronenberger
State Bar No. 24048946
Federal IS No. 1100175
Celeste@texasdefense.com

**ATTORNEYS FOR DEFENDANT ATAIN SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing and has been sent via facsimile to the following:

***VIA FACSIMILE: 915/613.4284***
Omar Maynez
MAYNEZ LAW
1812 Hunter Drive
El Paso, Texas 79915-1522

in accordance with the Federal Rules of Civil Procedure, on this 12th day of June, 2019.

      */s/ Celeste Kronenberger*
      Celeste P. Kronenberger